# HANSKI PARTNERS LLC

4 INTERNATIONAL DR, STE 110
RYE BROOK, NY 10573

July 1, 2026

<u>Via ECF</u>
The Honorable Sarah L. Cave
Daniel Patrick Moynihan U.S Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Belated Request to Extend Deadline to File R26(f) Report and Proposed CMP*
        *Kreisler v. Koscal 59 LLC and Perito Restaurant Corp., Civil Action No. 1:26-cv-02111*

Dear Judge Cave:

Hanski Partners represents Plaintiff Todd Kreisler in the above-referenced matter. We write to respectfully ask for an extension of the deadline to submit a Rule 26(f) Report and proposed Case Management Plan from June 30, 2026 to July 2, 2026.

Pursuant to the Court's Initial Pretrial Conference Order, Dkt No. 14, an initial conference is set for July 7, 2026, therefore the deadline for the preconference filings was yesterday, June 30, 2026.

We make this request because, yesterday (6/30), the undersigned was unexpectedly out of the office the entire day and unable to complete the required materials and confer with defendants as to the joint submission. We ask for a two day extension in the event defendants' counsel is not available today to confer and finalize the submission.

We thank the Court for its consideration and apologize for this belated request.

Plaintiff Todd Kreisler's request at Dkt. No. 15 is **GRANTED**.

The parties' shall file their Proposed Case Management Plan ("PCMP") by **July 2, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 15.

SO ORDERED. July 1, 2026

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

Respectfully,

/s/ *Adam S. Hanski*
Adam S. Hanski