UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER,

Plaintiff,

-v-

KOSCAL 59 LLC and PERITO RESTAURANT CORP.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2111 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic discovery conference held today, October 13, 2026 (the "Conference"), the Court ORDERS as follows:

1. The parties may order a copy of the transcript of the Conference by using the annexed form.
2. By separate order, the Court will refer the parties to the court annexed mediation program.
3. Plaintiff shall promptly serve on Defendants the letter describing the perceived deficiencies in Defendants' responses and objections to Plaintiff's written discovery requests, as discussed during the Conference (the "Deficiency Letter").
4. The parties shall meet and confer regarding the Deficiency Letter and written discovery, focusing on the production of documents necessary to make the anticipated mediation (the "Mediation") productive.
5. By **November 8, 2026**, Plaintiff shall serve his expert report (the "Plaintiff's Report").

6. The parties' depositions are **HELD IN ABEYANCE** pending the outcome of the Mediation. (See Dkt. No. 19). If the Mediation is unsuccessful, the parties shall proceed to depositions, with Plaintiff's deposition to occur first in sequence.

7. Defendants' deadline to serve an expert report or otherwise respond to the Plaintiff's Report is **HELD IN ABEYANCE** pending the outcome of the Mediation. (See Dkt. No. 19).

8. By **November 6, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of settlement and discovery, as well as identifying any issues ripe for the Court's attention at that time.

9. A telephone conference to discuss the status of discovery and settlement is scheduled for **November 10, 2026 at 3:15 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
October 13, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL