UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER,

Plaintiff,

-v-

KOSCAL 59 LLC and PERITO RESTAURANT CORP.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2111 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic discovery conference held today, November 10, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. The parties may order a copy of the transcript of the Conference by using the annexed form.
2. By **November 25, 2026**, the parties shall meet and confer regarding Plaintiff's request for documents in advance of the parties' mediation (the "Mediation"). (See Dkt. No. 28 at 1).
3. By **December 1, 2026**, Defendants shall produce documents in anticipation of the Mediation.

4. By **December 8, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of the Mediation and discovery, as well as identifying any issues ripe for the Court's attention at that time.

Dated: New York, New York
November 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL